JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWAN LEWIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MANHATTAN BEACH, et al., <br><br> Defendants. | Case No. 2:23-cv-3319-WLH-RAO <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED that Claims One and Two of Plaintiffs' First Amended Complaint are dismissed with prejudice and Claims Three and Four are dismissed without prejudice.

IT IS FURTHER ORDERED that this action is dismissed.

DATED: 3/11/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE